UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Susan Brown, | : | |
| Plaintiff, | : | NO.   3:03cv420 (MRK) |
| v. | : | |
| Regional School District 13, et al. | : | |
| Defendants. | : | |

## ORDER

The Court having conferred with the parties in the above captioned case on November 20, 2003, the following is ordered.

1. Defendants' Motion to Dismiss [doc. #11] is DENIED without prejudice and without consideration of the merits, in the expectation that the arguments contained therein will be renewed in a motion for summary judgment.

2. Discovery will close on **December 15, 2003**.

3. Dispositive motions, if any, will be filed with the Court by **January 15, 2004**.

**NO MODIFICATIONS OF THESE DEADLINES WILL BE GRANTED ABSENT A SHOWING OF GOOD CAUSE WHICH REQUIRES A PARTICULARIZED SHOWING THAT THE PARTY SEEKING THE EXTENSION HAS ACTED WITH DUE DILIGENCE AND THAT THE REASONS FOR THE MODIFICATION COULD NOT REASONABLY HAVE BEEN ANTICIPATED BY THE PARTIES**

IT IS SO ORDERED.

/s/     <u>Mark R. Kravitz</u>

U.S.D.J.

Dated at New Haven, Connecticut: <u>November 21, 2003</u>