FILED

Dec 19  2 39 PM '03

U.S. DISTRICT COURT
NEW HAVEN CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BROWN, | ) | CIVIL ACTION NO |
| | ) | 3:03CV00420(MRK) |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| REGIONAL SCHOOL DISTRICT 13, | ) | |
| WILLIAM D. BRECK, | ) | |
| SUSAN L. VICCARO and | ) | |
| ANN RICHARDSON, | ) | |
| Defendants | ) | DECEMBER 18, 2003 |

## MOTION FOR PERMISSION TO SUBMIT OVERSIZED BRIEF

The defendants in the above-mentioned case hereby move for permission to submit an oversized Memorandum of Law in support of their Motion for Summary Judgment. According to Local Rule 7(a)(2), briefs should not exceed 40 pages. However, the defendants respectfully ask for permission to exceed this 40 page limit for their Memorandum of Law in Support of their Motion for Summary Judgment in light of the need to address the plaintiff's four count complaint, which implicates numerous complex constitutional claims and defenses. As a result

**Neither oral argument nor
Testimony is required.**

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

of this multiplicity of allegations and complexity of claims and defenses, the defendants respectfully assert that they may need to exceed this 40 page limit in order to address all the claims and defenses necessary for adequate review of this matter. The defendants respectfully submit that their brief, which is due on or before January 15, 2004, should not under any circumstances exceed 50 pages in length.

DEFENDANTS – REGIONAL SCHOOL DISTRICT 13, WILLIAM D. BRECK, SUSAN L. VICCARO and ANN RICHARDSON

By_____
Mark J. Sommaruga (ct09865)
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105
Telephone: (860) 233-2141
Fax: (860)-233-0516
e-mail: msommaruga@sscc-law.com

2

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed via U. S. Mail, postage prepaid, to John R. Williams, Esq., Williams & Pattis, LLC, 51 Elm Street, New Haven, CT 06510, on this _18th_ day of December, 2003.

_____
Mark J. Sommaruga

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326