## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Susan Brown, | : | |
| | : | |
| Plaintiff, | : | NO.   3:03cv420 (MRK) |
| | : | |
| v. | : | |
| | : | |
| Regional School District 13, et al. | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

Defendants' Motion For Permission To Submit Oversized Brief [doc. #23], dated December 18, 2003, is hereby **GRANTED**. Defendants shall submit a brief not to exceed 50 pages.

IT IS SO ORDERED.

/s/       Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: December 31, 2003