FILED

Jan 15  11 02 AM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BROWN, | ) | CIVIL ACTION NO |
| | ) | 3:03CV00420(MRK) |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| REGIONAL SCHOOL DISTRICT 13, | ) | |
| WILLIAM D. BRECK, | ) | |
| SUSAN L. VICCARO and | ) | |
| ANN RICHARDSON, | ) | |
| | ) | |
| Defendants | ) | JANUARY 14, 2004 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and this court's order dated November 21, 2003 denying the defendants' motion to dismiss without prejudice to renew said motion as a motion for summary judgment, defendants Regional School District 13, William D. Breck, Susan L. Viccaro, and Ann Richardson now move for summary judgment. There are no genuine disputes of material fact and the defendants are entitled to judgment as a matter of law, for the following reasons:

**ORAL ARGUMENT NOT REQUESTED**

A. Judgment should enter for the defendants as to the plaintiff's First Amendment claims contained in *Count Two* because the plaintiff's speech did not touch upon a matter of public concern.

B. In addition, the plaintiff's First Amendment claims in *Count Two* are insufficient due to the non-retaliatory reasons for the defendants' actions.

C. Judgment should enter for the defendants on the plaintiff's claims of violations of the Equal Protection Clause in *Count One* because of the legitimate and rational/non-retaliatory reasons for their actions and the legally insufficiency of the claims presented.

D. Defendants Breck, Viccaro and Richardson have a qualified immunity to any claim for money damages contained in *Counts One and Two*.

E. Defendant Regional School District 13 is immune from liability for some if not all of the allegations contained in *Counts One and Two* due to the lack of an official policy or custom.

LAW OFFICES • SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

F.  Judgment should enter on the plaintiff's claims of intentional infliction of emotional distress contained in *Count Three* because the defendants' alleged conduct was not "extreme and outrageous" as a matter of law.

G.  Judgment should enter on the plaintiff's claims of negligent infliction of emotional distress contained in *Count Four* because the defendants' alleged conduct did not constitute sufficiently unreasonable or "particularly egregious" conduct in conjunction with the termination process.

H.  Any alleged actions taken by the defendants were discretionary and were expressly and implicitly granted by law; consequently, the plaintiff's claims in *Counts Three and Four* are barred by the doctrine of governmental immunity and Connecticut General Statutes §52-557n(a) and (b)(5).

I.  If the court enter judgment for the defendants on the plaintiff's federal law claims (*Counts One and Two*), the court should dismiss the remaining state law claims (*Counts Three and Four*) for lack of jurisdiction.

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326

In support of their motion, the defendants herewith submit the following:

1. Memorandum of Law;

2. Local Rule 56(c)(1) Statement of Material Facts Not in Dispute;

3. Affidavits of William Breck, Ann Richardson, and Susan Viccaro;

4. Supporting Exhibits [Attachments A through S];

5. Excerpts from the deposition of plaintiff Susan Brown; and

6. Pertinent unreported cases relied upon.

For the foregoing reasons, this court should grant the defendants' Motion for Summary Judgment.

                        DEFENDANTS – REGIONAL SCHOOL DISTRICT 13, WILLIAM D. BRECK, SUSAN L. VICCARO and ANN RICHARDSON

By_____
Mark J. Sommaruga (ct09865)
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105
Telephone: (860) 233-2141
Fax: (860)-233-0516
e-mail: msommaruga@sscc-law.com

- 4 -

## C E R T I F I C A T I O N

This is to certify that a copy of the foregoing has been mailed via U. S. Mail, postage prepaid, to John R. Williams, Esq., Williams & Pattis, LLC, 51 Elm Street, New Haven, CT 06510, on this 14th day of January, 2004.

_____
Mark J. Sommaruga

- 5 -

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326