UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BROWN | : |
| | : |
| VS. | :    NO. 3:03CV00420 (MRK) |
| | : |
| REGIONAL SCHOOL DISTRICT 13 | : |
| WILLIAM D. BRECK, | : |
| SUSAN L. VICCARO, and | : |
| ANN RICHARDSON | :    JANUARY 24, 2004 |

## MOTION FOR EXTENSION OF TIME

The plaintiff respectfully moves that she be granted a two-week extension of time, until February 19, 2004, within which to respond to the defendants' Motion for Summary Judgment. In support of this motion, she represents as follows:

1. Her response presently is due on February 5, 2004.

2. No prior motions for extension of time for this purpose have been made.

3. Defense counsel is unavailable to advise his position on this motion.

4. The undersigned will be out of the country from this evening until February 2, 2004, has several other pending motions to which responsive briefs must be written, and cannot properly respond to the instant motion within the time currently provided.

THE PLAINTIFF


BY_____
        JOHN R. WILLIAMS (ct00215)
        Williams and Pattis, LLC
        51 Elm Street, Suite 409
        New Haven, CT 06510
        (203) 562-9931
        Fax: (203) 776-9494
        E-Mail: jrw@johnrwilliams.com
        Attorney for Plaintiff


**CERTIFICATION OF SERVICE**

A copy hereof was mailed, on the above date, via first-class mail, postage prepaid, to Mark J. Sommaruga, Esq., Sullivan, Schoen, Campane & Connon, LLC, 646 Prospect Avenue, Hartford, CT 06105.


_____
JOHN R. WILLIAMS