FILED
Jan 28   1:45 PM '04

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BROWN, | ) | CIVIL ACTION NO |
| | ) | 3:03CV00420(MRK) |
| Plaintiff | ) | |
| v. | ) | |
| | ) | |
| REGIONAL SCHOOL DISTRICT 13, | ) | |
| WILLIAM D. BRECK, | ) | |
| SUSAN L. VICCARO and | ) | |
| ANN RICHARDSON, | ) | |
| Defendants | ) | JANUARY 27, 2004 |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

The defendants have no objection to the granting of the plaintiff's January 24, 2004 motion for extension of time for responding to the defendants' motion for summary judgment.

DEFENDANTS – REGIONAL SCHOOL DISTRICT 13,
WILLIAM D. BRECK, SUSAN L. VICCARO and
ANN RICHARDSON

By_____
Mark J. Sommaruga (ct09865)
Sullivan, Schoen, Campane & Connon, LLC
646 Prospect Avenue
Hartford, CT 06105
Telephone: (860) 233-2141
Fax: (860)-233-0516
e-mail: msommaruga@sscc-law.com

## C E R T I F I C A T I O N

This is to certify that a copy of the foregoing has been mailed via U. S. Mail, postage prepaid, to John R. Williams, Esq., Williams & Pattis, LLC, 51 Elm Street, New Haven, CT 06510, on this 27th day of January, 2004.

Mark J. Sommaruga

- 2 -

LAW OFFICES • **SULLIVAN, SCHOEN, CAMPANE & CONNON, LLC** • 646 PROSPECT AVENUE • HARTFORD, CONNECTICUT 06105-4286 • (860) 233-2141
JURIS NO. 62326