UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | | |
|---|---|---|---|
| SUSAN BROWN, | : | | |
| | : | | |
| Plaintiff, | : | NO. | 3:03CV420 (MRK) |
| | : | | |
| v. | : | | |
| | : | | |
| | : | | |
| REGIONAL SCHOOL DISTRICT 13, | : | | |
| et al. | : | | |
| | : | | |
| Defendants. | : | | |

## ORDER

Plaintiff's Motion For Extension Of Time [doc. #28], dated January 24, 2004, is hereby **GRANTED**. Plaintiff shall respond to defendants' Motion For Summary Judgment on or before February 19, 2004.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: January 29, 2004.