UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BROWN | : | |
| | : | |
| VS. | : | NO. 3:03CV00420 (MRK) |
| | : | |
| REGIONAL SCHOOL DISTRICT 13 | : | |
| WILLIAM D. BRECK, | : | |
| SUSAN L. VICCARO, and | : | |
| ANN RICHARDSON | : | FEBRUARY 13, 2004 |

## CONSENT MOTION FOR ADDITIONAL EXTENSION OF TIME

The plaintiff respectfully moves that she be granted an additional two-week extension of time, until March 8, 2004, within which to respond to the defendants' Motion for Summary Judgment. In support of this motion, she represents as follows:

1. Her response presently is due on February 19, 2004.

2. One prior motion for a two-week extension of time for this purpose has been made and granted.

3. Defense counsel has no objection this motion.

4. The undersigned has been writing a large number of briefs due at about the same time as this one and will not be able to complete the brief in this case within the time presently provided.

THE PLAINTIFF


BY_____
       JOHN R. WILLIAMS (ct00215)
       Williams and Pattis, LLC
       51 Elm Street, Suite 409
       New Haven, CT 06510
       (203) 562-9931
       Fax: (203) 776-9494
       E-Mail: jrw@johnrwilliams.com
       Attorney for Plaintiff


**CERTIFICATION OF SERVICE**

A copy hereof was mailed, on the above date, via first-class mail, postage prepaid, to Mark J. Sommaruga, Esq., Sullivan, Schoen, Campane & Connon, LLC, 646 Prospect Avenue, Hartford, CT 06105.


_____
JOHN R. WILLIAMS