UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BROWN, | : | |
| | : | |
| Plaintiff, | : | NO. 3:03CV420 (MRK) |
| | : | |
| v. | : | |
| | : | |
| REGIONAL SCHOOL DISTRICT 13, et al. | : | |
| | : | |
| Defendants. | : | |

## ORDER

Plaintiff's Motion For Extension Of Time [doc. #31], dated February 13, 2004, is hereby **GRANTED**. Plaintiff shall respond to defendants' Motion For Summary Judgment on or before **March 8, 2004**.

IT IS SO ORDERED.

/s/      Mark R. Kravitz
U.S.D.J.

Dated at New Haven, Connecticut: February 19, 2004.