# EXHIBIT 1

# REGIONAL SCHOOL DISTRICT 13

OFFICE OF SUPERINTENDENT

135A PICKETT LANE, P.O. BOX 190, DURHAM, CONNECTICUT 06422-0190

TELEPHONE (860) 349-7200   FAX (860) 349-7203

**WILLIAM D. BRECK, Ed.D.**
*Superintendent of Schools*

**ROBERT J. GOURLEY**
*Assistant to Superintendent*

November 18, 2002

Attorney Leon M. Rosenblatt
Law Offices of Leon M. Rosenblatt
10 North Main Street
West Hartford, CT 06107

Re:   Susan Brown

Dear Attorney Rosenblatt:

Susan Viccaro gave me a copy of the letter she received from you dated November 12, 2002. I have forwarded a copy of your letter to the Board of Education's legal counsel. If you have any other questions or concerns, please contact Attorney Thomas Sullivan at Sullivan, Schoen, Campane & Connon, LLC at 646 Prospect Avenue, Hartford, CT 06105. He can also be reached by telephone at 860-349-2141 or by fax 860-233-0516.

Sincerely,

William D. Breck
William D. Breck, Ed.D.
Superintendent of Schools

ra

cc:   Attorney Thomas Sullivan
      Susan Viccaro

# EXHIBIT 2

# LAW OFFICES OF LEON M. ROSENBLATT

ATTORNEYS AT LAW
10 NORTH MAIN STREET
WEST HARTFORD, CONNECTICUT 06107

LEON M. ROSENBLATT*
LYNN M. MAHONEY**

TELEPHONE NO. (860) 523-8066
FAX NO. (860) 233-5478

*ALSO ADMITTED IN SOUTHERN & EASTERN
DISTRICTS OF NEW YORK
**ALSO ADMITTED IN NEW YORK

**VIA U.S. MAIL AND FACSMILE 860-349-7203**

March 3, 2003

Ms. Susan Viccaro
Director of Pupil Services
Regional District #13
135A Pickett Lane
Durham, Connecticut 06422

**Re: Susan Brown**

Dear Ms. Viccaro:

I have been retained to represent Ms. Susan Brown. Pursuant to General Statutes 31-128a et seq., I am requesting that a copy of Ms. Brown's personnel file be sent to me.

This request is to obtain Ms. Brown's <u>entire</u> personnel file. I underline the word "entire" to emphasize that this request is for every document which is part of her "personnel file," as that term is defined in Connecticut General Statutes 31-128a. 31-128a defines "personnel file" as "papers, documents and reports pertaining to a particular employee which are used or have been used by an employer to determine an employee's eligibility for employment, promotion, additional compensation, transfer, termination, disciplinary or other adverse personnel action including employee evaluations or reports relating to such employee's character, credit and work habits."

I have enclosed a letter signed by Ms. Brown authorizing you to release the requested information to me.

If you have any questions, please do not hesitate to call.

Sincerely,

Leon M. Rosenblatt

LMR/meb

Enclosure

cc: Ms. Susan Brown

1 Whippoorwill Hollow Rd.
East Hampton, Ct. 06424
March 1, 2003

Attorney Leon M. Rosenblatt
10 North Main Street
West Hartford, Ct. 06107

Dear Attorney Rosenblatt:

I am writing to give you permission to request my personnel file from Regional School District # 13. Thank you.

*Susan Brown*

Susan Brown

# EXHIBIT 3

# Regional School District 13 • *Middlefield - Durham*

SUSAN L. VICCARO, *Director*
AMY W. EMORY, *Coordinator*
KAREN R. GIROSKY, *Administrative Assistant*

PUPIL PERSONNEL SERVICES
*135A Pickett Lane, P.O. Box 190*
*Durham, Connecticut 06422*
Telephone (860) 349-7208
Fax (860) 349-7203

March 3, 2003

Leon M. Rosenblatt, Esq.
10 North Main Street
West Hartford, Connecticut   06107

Dear Attorney Rosenblatt:

I am in receipt of your letter dated March 3, 2003, requesting Ms. Brown's <u>entire</u> personnel file. As this file will take time to photocopy, we wish to inform you that we will mail this information to you on Wednesday, March 5, 2003. For all photocopies, our per page cost is fifty cents ($ .50). As you have requested a photocopy of Ms. Brown's file, you will be responsible for this charge. An invoice will accompany her file.

If you have any questions, please do not hesitate to call.

Sincerely,

*Susan L. Viccaro*

Susan L. Viccaro
Director

krg

```
* * * COMMUNICATION RESULT REPORT ( MAR. 3.2003  3:06PM ) * * *
                                                    TTI   REGIONAL SCH DIST 13

FILE MODE        OPTION              ADDRESS (GROUP)         RESULT         PAGE
------------------------------------------------------------------------------
393  MEMORY TX                       98602335478             OK             P. 2/2


REASON FOR ERROR
    E-1) HANG UP OR LINE FAIL            E-2) BUSY
    E-3) NO ANSWER                       E-4) NO FACSIMILE CONNECTION
```

## Regional School District 13 • *Middlefield - Durham*

SUSAN L. VICCARO, *Director*  
AMY W. EMORY, *Coordinator*  
KAREN R. GIROSKY, *Administrative Assistant*

PUPIL PERSONNEL SERVICES  
135A Pickett Lane, P.O. Box 190  
Durham, Connecticut 06422  
Telephone (860) 349-7208  
Fax (860) 349-7203

Date: 3/3/03

To Fax Number: 860-233-5478

Please deliver the attached pages to: Attorney Rosenblatt

This material was sent from the Office of the Superintendent by:

# EXHIBIT 4

# Regional School District 13 • *Middlefield - Durham*

SUSAN L. VICCARO, *Director*
JOSEPH ONOFRIO II, *Coordinator*
KAREN GIROSKY, *Administrative Assistant*

PUPIL PERSONNEL SERVICES
135A Pickett Lane, Durham, Connecticut 06422
Telephone (860) 349-7208
Fax (860) 349-7203

February 16, 2000

To Whom It May Concern:

It is with mixed emotions that I write this letter for Susan Brown. I am pleased to be able to discuss her many fine qualifications as a special education teacher at Strong School. I am sad that I may not have a position for her at the end of the year and will lose her to another district. Susan Brown is a consummate professional that I would like to make a permanent part of my teaching staff.

I first met Susan two years ago when she interviewed for a position at Memorial School. Susan was a finalist and lost to a candidate that had done a great deal of subbing previously in the district. One year later I had another opening and was pleased to see Susan in the candidate pool. She was the unanimous choice of the committee.

Susan is currently filling a one year maternity leave and has done an admirable job. She has outstanding teaching skill as well as a broad knowledge of the law. She communicates effectively with students, staff, and parents. She demonstrates initiative and works well independently as well as part of a team. She has been professional in all of her dealings throughout every aspect of her job.

Susan is warm, has a good sense of humor and appears at ease in a variety of settings and with a variety of people. She is flexible, able to think on her feet and knows when to ask for help. She enjoys the students she works with and holds them to high expectations.

As I stated earlier, it is with mixed emotions that I pen this letter for Susan. I am confident she will be snapped up by another district should I not have a position for her. I recommend her without reservation and would be delighted to discuss her qualifications with you.

Sincerely yours,

*Susan L. Viccaro*

Susan L. Viccaro,
Director

# EXHIBIT 5

**STRONG MIDDLE SCHOOL**

191 MAIN ST.
REGIONAL DISTRICT # 13
DURHAM, CT. 06422
MIDDLESEX

Phone 860-349-7222
Fax 860-349-7225

March 13, 2000

To Whom It may Concern,

I am writing this recommendation for Sue Brown, who was a long term substitute special education teacher in my building for this year. During this time, I have had frequent opportunities to review her skills and oversee her hard work with students. Sue is an individual with a love for students, making her a fine teacher. This quality is special in that it is the basis for her caring nature and sound teaching techniques.

The school where Sue presently works is small but very progressive. The economic strata is middle class and the special education student body is 10%. Ninety-six percent of the students take foreign language, which is telling about our high expectations to enable all students to reach their fullest potential. This teacher has excelled within our program and is part of a team of teachers that makes things happen. This professional is very comfortable working in an inclusion type classroom, because her strong teaching techniques help her to instruct within a wide variety of instructional settings. As a firm and fair individual, she believes in creating situations that enable all students to succeed. Her classroom is always busy with hands-on activities. She is an advocate for her students, working with other staff members tirelessly to ensure success for everyone.

In closing, Sue has the potential to be an asset to your educational staff. She has a keen awareness of the educational field and is a hardworking and reliable instructor. Please give Sue the opportunity to review her credentials with you. I believe you will find her to be a great candidate for your position. Moreover, if you have any other questions, please feel free to call me at 349-7222.

Sincerely,

*M. Richardson*

Ann M. Richardson, Ph.D.
Principal

# EXHIBIT 6

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SUSAN BROWN,<br>Plaintiff | CIVIL ACTION NUMBER |
| v. | 3:03CV00420 (JCH) |
| REGIONAL SCHOOL DISTRICT 13,<br>WILLIAM D. BRECK, SUSAN L. VICCARO<br>and ANN RICHARDSON,<br>Defendants | DECEMBER 5, 2003 |

**PLAINTIFF'S RESPONSES TO DEFENDANT'S
FIRST SET OF INTERROGATORIES AND PRODUCTION REQUESTS**

**INTERROGATORIES**

1. Please state your name, address and place and date of birth.

**RESPONSE:**

Susan Brown
1 Whippoorwill Hollow Road
East Hampton, CT 06424;
Danbury, CT;
08/25/51

2. Please state precisely each and every fact upon which you rely to support your claims that the defendants deprived you of your right to equal protection under the laws as guaranteed under the U. S. Constitution.

**RESPONSE:**

My reputation and character were defamed; I was maligned personally and professionally; my job was posted in schools and in the newspaper <u>before</u> my non-renewal hearing was concluded; I experienced retaliation, non-renewal of teaching contract after my attorney requested a copy of my file on 03/03/03; conspiratorial practice of supervisors; unethical and faulty supervision.