UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SUSAN BROWN, | : | |
| Plaintiff, | : | NO. 3:03CV420(MRK) |
| | : | |
| v. | : | |
| | : | |
| REGIONAL SCHOOL DISTRICT 13, | : | |
| WILLIAM D. BRECK, | : | |
| SUSAN L. VICCARO, and | : | |
| ANN RICHARDSON, | : | |
| Defendants. | : | |

## JUDGMENT

      This matter came on for consideration on defendants' Motion for Summary Judgement before the Honorable Mark R. Kravitz, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on August 9, 2004, entered a Memorandum of Decision on the defendants' Motion for Summary Judgement granting the relief.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 10th of August, 2004.

    KEVIN F. ROWE, CLERK
    By
      /s/ Kenneth R. Ghilardi
    Kenneth R. Ghilardi
    Deputy Clerk

EOD: _____